**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

YEHONATAN WEINBERG, individually
and on behalf of all others similarly situated,

      Plaintiff,                              **Case No: 0:15-cv-61598-BB**

v.                                               CLASS ACTION

ADVANCED DATA PROCESSING, INC.,
a Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation,

      Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION AND SUPPORTING MEMORANDUM
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

      Defendants, Advanced Data Processing, Inc. and Intermedix Corp., move for entry of an order extending the deadline to respond to Plaintiff's Class Action Complaint and Demand for Jury Trial (DE 1) ("Complaint") through September 15, 2015. Defendants state as follows in support of this agreed motion:

      1.       Plaintiff's Complaint was served on Defendants on August 10, 2015.

      2.       Defendants' response to Plaintiff's Complaint is currently due August 31, 2015.

      3.       Due to the need to conduct additional investigation regarding Plaintiff's allegations, and pursuant to an agreement between the parties, Defendants request a short extension of time to respond to Plaintiff's Complaint.

      4.       The requested extension will not delay this case or prejudice any party.

      5.       Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit "A" to this motion.

      6.       Pursuant to Local Rule 7.1(a)(3), Defendants' counsel conferred with Plaintiff's counsel. Plaintiff's counsel consents to the requested extension of time.

## MEMORANDUM

Rule 6(b)(1)(A) provides that: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . ." Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Court has the discretion and authority to control its docket and grant extensions of time for the filing of pleadings for good cause. *See id.*; *J.D. Pharm. Distrib., Inc. v. Save-On Drugs and Cosmetics Corp.*, 893 F.2d 1201, 1209 (11th Cir. 1990); *Verizon Trademark Svcs. LLC v. The Producers, Inc.*, 2010 WL 3368790, *1 (M.D. Fla. 2010).

Good cause exists for, and no party will be prejudiced by, the requested extension as established above.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Defendants' counsel conferred with Plaintiff's counsel regarding the extension of time requested by this motion. Plaintiff's counsel consents to the requested extension of time.

WHEREFORE, Defendants respectfully requests that the time to respond to Plaintiff's Complaint be extended through September 15, 2015, together with such further relief as the Court deems proper.

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN 814539)
EMAIL:  jmarino@sgrlaw.com
Lindsey R. Trowell (FBN 678783)
EMAIL: ltrowell@sgrlaw.com
Kristen W. Bracken (FBN 92136)
EMAIL: kbracken@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:   904-598-6100
Facsimile:   904-598-6300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on August 26, 2015, on all counsel or parties of record on the Service List below by notice of electronic filing through CM/ECF.

*/s/ John P. Marino*
Attorney

## SERVICE LIST

Edmund A. Normand (FBN 865590)
EMAIL: ed@ednormand.com
EDMUND A. NORMAND, PLLC
4381 New Broad Street
Orlando, Florida 3284
Telephone: 407-625-9043

Ari J. Scharg
EMAIL: ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON, PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378

*Attorneys for Plaintiff*

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
Lindsey R. Trowell (FBN 678783)
EMAIL: ltrowell@sgrlaw.com
Kristen W. Bracken (FBN 092136)
EMAIL: kbracken@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:  904-598-6100
Facsimile:  904-598-6300

*Attorneys for Defendants*

3

# EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

YEHONATAN WEINBERG, individually
and on behalf of all others similarly situated,

      Plaintiff,                                **Case No: 0:15-cv-61598-BB**

v.                                               CLASS ACTION

ADVANCED DATA PROCESSING, INC.,
a Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation,

      Defendants.
_____/

**ORDER GRANTING MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

      This matter came before the Court on Defendants' Unopposed Motion and Supporting Memorandum for Extension of Time to Respond to Plaintiff's Complaint (DE 9) (the "Motion"). The Court being fully advised in the premises, it is

      **ORDERED:**

      A.    The Motion is granted.

      B.    The deadline for Defendants to respond to Plaintiff's Complaint is extended through September 15, 2015.

      DONE and ORDERED in Chambers, in Ft. Lauderdale, Florida, this ____ day of _____, 2015.

                                                           _____
                                                           Judge Beth Bloom
                                                           United States District Judge

Copies to: Counsel of Record