

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

YEHONATAN WEINBERG, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

ADVANCED DATA PROCESSING, INC.,
a Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation,

    Defendants.

_____/

**Case No: 0:15-cv-61598-BB**

**CLASS ACTION**

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

Pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Dana M. Richens of the law firm of Smith, Gambrell & Russell, LLP., 1230 Peachtree St., N.E., Atlanta, Georgia 30309, for purposes of appearance as co-counsel on behalf of Defendants, Advanced Data Processing, Inc. and Intermedix Corp., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Dana M. Richens to receive electronic filings in this case, and in support thereof states as follows:

    1.    Dana M. Richens is not admitted to practice in the Southern District of Florida, and is a member in good standing of the Georgia State Bar, Georgia Court of Appeals and the Supreme Court of Georgia.

2. Movant, John P. Marino, of the law firm of Smith Gambrell & Russell, 50 N. Laura St., Suite 2600, Jacksonville, FL 32202, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this state for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. Pursuant to the Local Rules of this Court, Dana M. Richens has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached.

4. Dana M. Richens, through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, requests the Court to provide Notice of Electronic Filings to Dana M. Richens at email address: drichens@sgrlaw.com.

## RULE 7.1 (a) (3) CERTIFICATION

Defendants' counsel has conferred with Plaintiff's counsel pursuant to Local Rule 7.1(a)(3). Plaintiff consents to the relief requested by this Motion.

WHEREFORE, John P. Marino, moves this Court to enter an Order permitting Dana M. Richens to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Dana M. Richens.

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
Lindsey R. Trowell (FBN 678783)
EMAIL: ltrowell@sgrlaw.com
Kristen W. Bracken (FBN 92136)
EMAIL: kbracken@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:  904-598-6100
Facsimile:  904-598-6300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel or parties of record on the Service List below on August 26, 2015 by electronic filing through CM/ECF.

*/s/ John P. Marino*
Attorney

## SERVICE LIST

Edmund A. Normand (FBN 865590)
EMAIL: ed@ednormand.com
EDMUND A. NORMAND, PLLC
4381 New Broad Street
Orlando, Florida 3284
Telephone: 407-625-9043

Ari J. Scharg
EMAIL: ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON, PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378

*Attorneys for Plaintiff*

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
Lindsey R. Trowell (FBN 678783)
EMAIL: ltrowell@sgrlaw.com
Kristen W. Bracken (FBN 092136)
EMAIL: kbracken@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:  904-598-6100
Facsimile:  904-598-6300

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

YEHONATAN WEINBERG, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

ADVANCED DATA PROCESSING, INC.,
a Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation,

    Defendants.

_____/

Case No: 0:15-cv-61598-BB

CLASS ACTION

## CERTIFICATION OF DANA M. RICHENS

Dana M. Richens, Esquire, hereby certifies pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Georgia State Bar, Georgia Court of Appeals and the Supreme Court of Georgia.

_____
Dana M. Richens

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

YEHONATAN WEINBERG, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

ADVANCED DATA PROCESSING, INC.,
a Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation,

    Defendants.

_____/

Case No: 0:15-cv-61598-BB

CLASS ACTION

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motion to Appear Pro Hac Vice for Dana M. Richens, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Dana M. Richens may appear and participate in this action on behalf of Defendants. The Clerk shall provide electronic notification of all electronic filings to Dana M. Richens at drichens@sgrlaw.com.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ___ day of _____, 2015.

                                                                                               _____
Judge Beth Bloom
United States District Judge

Copies furnished to: All Counsel of Record