UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:2015-Civ-61598-BB

YEHONATHAN WEINBERG, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

ADVANCED DATA PROCESSING, INC., a
Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation.

    Defendants.
_____/

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Yehonathan Weinberg ("Plaintiff"), by and through his undersigned counsel, hereby moves the Court for a 21-day extension of time (through October 23, 2015) to file his Response in Opposition to Defendants' Motion to Dismiss. In support, Plaintiff states as follows:

1. On August 4, 2015, Plaintiff filed his Class Action Complaint against Defendants Advanced Data Processing, Inc. and Intermedix Corp. ("Defendants"). (Dkt. 1.)

2. On August 26, 2015, and by agreement with counsel for Plaintiff, Defendants filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, (Dkt. 9), which this Court granted that same day, (Dkt. 12).

3. On September 15, 2015, Defendants filed their Motion to Dismiss. (Dkt. 13.) Plaintiff's deadline to file a response to Defendants' Motion is October 2, 2015.

4. To allow the parties time to exchange certain information relating to the claims and defenses, Plaintiff requests a 21-day extension to his response deadline.

5.      On September 28, 2015 and October 1, 2015, counsel for Plaintiff conferred with counsel for Defendants regarding the extension of time requested by this motion. Defendants' counsel consented to the requested extension of time.

6.      The instant motion is filed in good faith and not for purposes of undue delay or for any improper purpose. As set forth herein, good cause supports Plaintiff's request.

WHEREFORE, Plaintiff Yehonathan Weinberg respectfully requests that the time to respond to Defendants' motion to dismiss be extended through October 23, 2015, together with such further relief as the Court deems proper.

Respectfully submitted,

Dated: October 2, 2015

**YEHONATHAN WEINBERG,** individually and on behalf of all others similarly situated,

By:    /s/ Edmund A. Normand
One of Plaintiff's Attorneys

Edmund A. Normand
ed@ednormand.com
EDMUND A. NORMAND PLLC
4381 New Broad Street
Orlando, Florida 32814
Tel: 407.625.9043
Fax: 407.519.1072

Ari J. Scharg*
ascharg@edelson.com
Benjamin S. Thomassen*
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), Plaintiff's counsel conferred with Defendants' counsel regarding the extension of time requested by this motion. Defendants' counsel consented to the requested extension of time.

By: /s/ Edmund A. Normand
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

I, Edmund A. Normand, an attorney, hereby certify that a true and correct copy of the above and foregoing ***Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss*** was served by the Court's CM/ECF electronic filing system on October 2, 2015 on all counsel or parties of record on the Service List below.

                                                          /s/ Edmund A. Normand
                                                               Edmund A. Normand

## SERVICE LIST

| | |
|---|---|
| Edmund A. Normand | John P. Marino |
| ed@ednormand.com | jmarino@sgrlaw.com |
| EDMUND A. NORMAND PLLC | Lindsey R. Trowell |
| 4381 New Broad Street | ltrowell@sgrlaw.com |
| Orlando, Florida 32814 | Kristen W. Bracken |
| Tel: 407.625.9043 | kbracken@sgrlaw.com |
| Fax: 407.519.1072 | SMITH, GAMBRELL & RUSSELL, LLP |
| | 50 N. Laura Street, Suite 2600 |
| Ari J. Scharg | Jacksonville, FL 33202 |
| ascharg@edelson.com | Telephone: 904-598-6100 |
| Benjamin S. Thomassen | Facsimile: 904-598-6300 |
| bthomassen@edelson.com | |
| EDELSON PC | Dana M. Richens |
| 350 North LaSalle Street, Suite 1300 | drichens@sgrlaw.com |
| Chicago, Illinois 60654 | SMITH, GAMBRELL & RUSSELL, LLP |
| Tel: 312.589.6370 | 1230 Peachtree Street, NE |
| Fax: 312.589.6378 | Promenade, Suite 3100 |
| | Atlanta, GA 30309 |
| *Attorneys for Plaintiff Yehonathan Weinberg and the putative Class.* | Telephone: (404) 815-3500 |
| | Facsimile: (404) 815-3509 |
| | |
| | *Attorneys for Defendants Advanced Data Processing, Inc. and Intermedix Corp.* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:2015-Civ-61598-BB

YEHONATHAN WEINBERG, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

ADVANCED DATA PROCESSING, INC., a
Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation.

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

This cause came before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. The Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

A.    Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss is GRANTED.

B.    The deadline for Plaintiff to respond to Defendants' Motion to Dismiss is extended through October 23, 2015.

DONE AND ORDERED in Chambers, in Ft. Lauderdale, Florida, this ____ day of _____, 2015.

                                                                                        _____

HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record