**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 0:2015-Civ-61598-BB**

YEHONATHAN WEINBERG, individually
and on behalf of all others similarly situated,

      Plaintiff,

vs.

ADVANCED DATA PROCESSING, INC., a
Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation.

      Defendants.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Yehonathan Weinberg ("Plaintiff"), by and through his undersigned counsel and

pursuant to the Court's Order Requiring Scheduling Report and Certificates of Interested Parties,

hereby certifies that the following persons, associated persons, firms, partnerships, or

corporations have a financial interest in the outcome of Plaintiff's case:

    Edelson PC
    350 North LaSalle Street, Suite 1300
    Chicago, Illinois 60654

    (counsel for plaintiff)

    Edmund A. Normand PLLC
    4381 New Broad Street
    Orlando, Florida 32814

    (counsel for plaintiff)

Dated: November 25, 2015        By: ___/s/ Edmund A. Normand_____
                      One of Plaintiff's Attorneys

                      Edmund A. Normand

ed@ednormand.com
EDMUND A. NORMAND PLLC
4381 New Broad Street
Orlando, Florida 32814
Tel: 407.625.9043
Fax: 407.519.1072

Ari J. Scharg*
ascharg@edelson.com
Benjamin S. Thomassen*
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

* *Pro hac vice* applications pending

<u>**CERTIFICATE OF SERVICE**</u>

I, Edmund A. Normand, an attorney, hereby certify that a true and correct copy of the above and foregoing ***Plaintiff's Certificate of Interested Parties*** was served by the Court's CM/ECF electronic filing system on November 25, 2015 on all counsel or parties of record on the Service List below.

/s/ Edmund A. Normand
_____
Edmund A. Normand

**SERVICE LIST**

John P. Marino
jmarino@sgrlaw.com
Lindsey R. Trowell
ltrowell@sgrlaw.com
Kristen W. Bracken
kbracken@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 33202
Telephone: 904-598-6100
Facsimile: 904-598-6300

Dana M. Richens
drichens@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

*Attorneys for Defendants Advanced Data Processing, Inc. and Intermedix Corp.*