**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

YEHONATAN WEINBERG, individually
and on behalf of all others similarly situated,

      Plaintiff,                               **Case No: 0:15-cv-61598-BB**

v.                                                     CLASS ACTION

ADVANCED DATA PROCESSING, INC.,
a Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation,

      Defendants.
_____/

**JOINT DISCOVERY PLAN AND CONFERENCE REPORT**

Plaintiff, Yehonatan Weinberg, and Defendants, Advanced Data Processing, Inc. and Intermedix Corp., file this Discovery Plan and Conference Report pursuant to Federal Rule of Civil Procedure 26(f), Southern District of Florida Local Rule 16.1(b) and the Court's Order Requiring Scheduling Report and Certificates of Interested Parties (Dkt. 21), and state as follows:

      **1.**     **Proposed Case Management Track.**

This case is a proposed class action. The parties propose that the case be assigned to the Complex Track as provided under Local Rule 16.1 (a)(2)(C).

      **2.**     **Likelihood of settlement.**

The parties have and will continue to discuss resolution of this matter. At this time, Plaintiff's position is that he cannot assess the likelihood of settlement until he receives certain information about the proposed class (e.g., regarding its size and the extent of the proposed class

members' damages). Defendants state that they are not in a position to assess the likelihood of settlement at this time.

3.   **Likelihood of appearance in the action of additional parties.**

The parties do not believe that any additional parties will appear in this case, but reserve the right to amend the pleadings as necessary based upon information learned in discovery. The parties propose January 29, 2016 as the deadline for the joinder of any additional parties.

4.   **Proposed time limits to join parties, file and hear motions, and complete discovery.**

The parties propose that this case proceed pursuant to the following schedule:

| | |
|---|---|
| **December 14, 2015:** | Deadline to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). |
| **December 30, 2015:** | Deadline to select a mediator and schedule the time, date and place for mediation. |
| **January 29, 2016:** | Deadline to file motions to amend pleadings or join parties. |
| **July 11, 2016:** | Deadline for Plaintiff to disclose experts, and expert witness summaries or reports. |
| **August 1, 2016:** | Deadline for Defendants to disclose experts, and expert witness summaries or reports. |
| **September 2, 2016:** | Deadline for Plaintiff to move for class certification. |
| **September 23, 2016**: | Deadline for parties to exchange rebuttal expert witness summaries or reports. |
| **September 30, 2016:** | Deadline for parties to have completed all discovery. |
| **October 27, 2016:** | Deadline for parties to have completed mediation and filed a mediation report. |
| **November 14, 2016:** | Deadline for parties to file all dispositive pre-trial motions and *Daubert* motions (including motions to |

|                     |                                                                                                          |
|---------------------|----------------------------------------------------------------------------------------------------------|
|                     | strike experts). This deadline includes all dispositive motions.                                         |
| **February 8, 2017:**  | Deadline for parties to file a joint pre-trial stipulation, proposed jury instructions and verdict form. |
| **February 20, 2017:** | Pretrial conference.                                                                                     |
| **March 13, 2017:**    | Calendar call.                                                                                           |
| **March 20, 2017:**    | Trial.                                                                                                   |

A proposed Scheduling Order is attached as Exhibit A.

5. **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of <u>motions for summary judgment or partial summary judgment</u>.**

The parties agree to work diligently to simplify the issues as the case progresses. Defendants will answer the remaining claims in the Complaint on or before December 4, 2015 pursuant to the Court's November 17, 2015 Order (Dkt. 23). The parties anticipate that they may each file motions for judgment on the pleadings and/or summary judgment as appropriate.

6. **<u>Necessity or desirability of amendments to the pleadings.</u>**

At this time, the parties do not anticipate amendments to the pleadings, but reserve the right to move based upon information learned in discovery or as otherwise necessary. The parties propose a deadline of January 29, 2016 for the amendment of pleadings.

7. **Possibility of obtaining admissions of fact and of documents which will avoid unnecessary proof, stipulations regarding authenticity of documents, and the <u>need for advance rulings from the Court on admissibility of evidence</u>**.

The parties will in good faith attempt to obtain: (1) admissions of facts and of documents which will avoid unnecessary proof, and (2) prepare stipulations regarding the authenticity of documents. The parties will seek advance rulings from the Court on the admissibility of evidence as necessary.

3

8. **Suggestions for the avoidance of unnecessary proof and cumulative evidence.**

The parties will work together in good faith to enter into stipulations to avoid unnecessary proof and cumulative evidence.

9. **Referring matters to a Magistrate Judge.**

The parties respectfully decline a referral of dispositive motions or trial to a Magistrate Judge.

10. **Preliminary estimate of the time required for trial.**

Plaintiff preliminarily estimates that three to five days will be required for trial regardless of whether the case proceeds on an individual or representative (class) basis. Defendants estimate that if the case proceeds on an individual basis, trial will require three to five days, but that a class trial could take multiple weeks depending upon the scope and substance of potential class related rulings.

11. **Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

The parties request a pre-trial conference. The parties propose February 20, 2017 as the date for the pretrial conference.

12. **Any other information that might be helpful to the Court.**

Plaintiff has no other information at this time that may be helpful to the Court. Defendants state that, because this is a proposed class action, they may seek to revise the proposed schedule, as appropriate, depending upon the Court's ruling on class certification and related issues.

Dated: November 25, 2015

      Respectfully submitted,

**YEHONATAN WEINBERG**, individually and on behalf of all others similarly situated,

By:   */s/ Edmund A. Normand*
Edmund A. Normand (FBN 865590)
EMAIL: ed@ednormand.com
EDMUND A. NORMAND, PLLC
4381 New Broad Street
Orlando, Florida 3284
Telephone: 407-625-9043

Ari J. Scharg
EMAIL: ascharg@edelson.com
Benjamin S. Thomassen
EMAIL: bthomassen@edelson.com
EDELSON, PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378

*Attorneys for Plaintiff*

**ADVANCED DATA PROCESSING, INC. AND INTERMEDIX CORP.**

By:   */s/ John P. Marino*
John P. Marino (FBN 814539)
EMAIL:  jmarino@sgrlaw.com
Lindsey R. Trowell (FBN 678783)
EMAIL: ltrowell@sgrlaw.com
Kristen W. Bracken (FBN 92136)
EMAIL: kbracken@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:   904-598-6100
Facsimile:    904-598-6300

Dana M. Richens (Admitted Pro Hac Vice)
EMAIL:  drichens@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, GA  30309
Telephone.: (404) 815-3500
Facsimile:  (404) 815-3509

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on November 25, 2015, on the counsel or parties of record on the below Service List by notice of electronic filing through CM/ECF.

                                                */s/ John P. Marino*
                                                Attorney

## SERVICE LIST

Edmund A. Normand (FBN 865590)
EMAIL: ed@ednormand.com
EDMUND A. NORMAND, PLLC
4381 New Broad Street
Orlando, Florida 3284
Telephone: 407-625-9043

Ari J. Scharg
EMAIL: ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON, PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378

*Attorneys for Plaintiff*

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
Lindsey R. Trowell (FBN 678783)
EMAIL: ltrowell@sgrlaw.com
Kristen W. Bracken (FBN 092136)
EMAIL: kbracken@sgrlaw.com
**SMITH, GAMBRELL & RUSSELL, LLP**
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:  904-598-6100
Facsimile:  904-598-6300

Dana M. Richens (Admitted Pro Hac Vice)
EMAIL:  drichens@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, GA  30309
Telephone.:  (404) 815-3500
Facsimile:  (404) 815-3509

*Attorneys for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

YEHONATAN WEINBERG, individually
and on behalf of all others similarly situated,

    Plaintiff,  **Case No: 0:15-cv-61598-BB**

v.  CLASS ACTION

ADVANCED DATA PROCESSING, INC.,
a Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation,

    Defendants.
_____/

### [PROPOSED] SCHEDULING ORDER

This matter coming before the Court on the Parties' Joint Discovery Plan and Conference Report, the Court having reviewed the Report and being otherwise duly advised,

IT IS HEREBY ORDERED AND ADJUDGED:

1. **Proposed Case Management Track.**

This case shall be assigned to the Complex Track as provided under Local Rule 16.1 (a)(2)(C).

2. **Discovery schedule and case deadlines.**

This case shall proceed on the following schedule of discovery and general case deadlines:

| | |
|---|---|
| **December 14, 2015:** | Deadline to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). |
| **December 30, 2015:** | Deadline to select a mediator and schedule the time, date and place for mediation. |
| **January 29, 2016:** | Deadline to file motions to amend pleadings or join parties. |

8

| | |
|---|---|
| **July 11, 2016:** | Deadline for Plaintiff to disclose experts, and expert witness summaries or reports. |
| **August 1, 2016:** | Deadline for Defendants to disclose experts, and expert witness summaries or reports. |
| **September 2, 2016:** | Deadline for Plaintiff to move for class certification. |
| **September 23, 2016**: | Deadline for parties to exchange rebuttal expert witness summaries or reports. |
| **September 30, 2016:** | Deadline for parties to have completed all discovery. |
| **October 27, 2016:** | Deadline for parties to have completed mediation and filed a mediation report. |
| **November 14, 2016:** | Deadline for parties to file all dispositive pre-trial motions and *Daubert* motions (including motions to strike experts). This deadline includes all dispositive motions. |
| **February 8, 2017:** | Deadline for parties to file a joint pre-trial stipulation, proposed jury instructions and verdict form. |
| **February 20, 2017:** | Pretrial conference. |
| **March 13, 2017:** | Calendar call. |
| **March 20, 2017:** | Trial. |

IT IS SO ORDERED.

ENTERED: _____

HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE