**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 0:2015-Civ-61598-BB**

YEHONAHAN WEINBERG, individually and
on behalf of all others similarly situated,

Plaintiff,

vs.

ADVANCED DATA PROCESSING, INC., a
Delaware corporation, and INTERMEDIX
CORP., a Delaware corporation.

Defendants.
_____________________________________/

**RULE 41 STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Yehonahan Weinberg and Defendants Advanced Data Processing, Inc. and Intermedix Corp., by and through their undersigned attorneys, hereby stipulate and agree to dismissal of Plaintiff's claims with prejudice, dismissal of the putative class members' claims without prejudice, and without attorneys' fees, costs or other expenses to any party.

Respectfully submitted,

**EDELSON PC**

Dated: May 3, 2016

By: /s/ Edmund A. Normand

Ari J. Scharg (*Admitted Pro Hac Vice*)
ascharg@edelson.com
Benjamin S. Thomassen (*Admitted Pro Hac Vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

Fax: 312.589.6378

Edmund A. Normand (Florida Bar No. 865590)
ed@ednormand.com
EDMUND A. NORMAND PLLC
4381 New Broad Street
Orlando, Florida 32814
Tel: 407.625.9043
Fax: 407.519.1072

*Attorneys for Plaintiff Yehonahan Weinberg*

**SMITH, GAMBRELL & RUSSELL, LLP**

Dated: May 3, 2016

By: /s/ John P. Marino

John P. Marino (FBN 814539)
jmarino@sgrlaw.com
Lindsey R. Trowell (FBN 678783)
ltrowell@sgrlaw.com
Kristen W. Bracken (FBN 92136)
kbracken@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300

Dana M. Richens *(Admitted Pro Hac Vice)*
drichens@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

*Attorneys for Defendants Advanced Data Processing, Inc. and Intermedix Corp*

## CERTIFICATE OF SERVICE

I, Edmund A. Normand, an attorney, hereby certify that a true and correct copy of the above and foregoing document was served by the Court's CM/ECF electronic filing system on May 3, 2016 on all counsel or parties of record.

/s/ Edmund A. Normand