UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-cv-61598-BLOOM/Valle**

**YEHONATAN WEINBERG**,
*individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

**ADVANCED DATA PROCESSING, INC.**, *et al.*,

      Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Rule 41 Stipulation of Dismissal, ECF No. [37] ("Stipulation"), filed on May 3, 2016.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Stipulation represents that the parties have agreed "dismissal of Plaintiff's claims with prejudice, dismissal of the putative class members' claims without prejudice, and without attorneys' fees, costs or other expenses to any party."  *Id.*  The Court has carefully reviewed the Stipulation, the record, and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [37]**, is **APPROVED AND ADOPTED**;
2. Each party shall bear their own attorney's fees and costs;
3. All deadlines are **TERMINATED**; and
4. The above-styled case is **DISMISSED WITH PREJUDICE**.
5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of May, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record